IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 97-10243
(Summary Calendar)

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                    versus

DARRELL ANDRE NANCE, also
known as Sealed Defendant 1,
MORRIS EDWARD MOORE, also
known as Sealed Defendant 2,

                                        Defendants-Appellants.

- - - - - - - - - -
Appeals from the United States District Court
for the Northern District of Texas
(USDC No. 2:96-CR-42-1)
- - - - - - - - - -
February 25, 1998
Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Court-appointed counsel for defendant-appellant Darrell Andre Nance has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Our independent review of counsel's brief, of a responsive brief filed pro se by Nance, and of the record discloses no arguable issue for appeal. Accordingly, counsel is excused from further responsibilities herein and Nance's APPEAL IS DISMISSED.

    Nance's pro se motion urging this court to dismiss appointed counsel and to substitute a new attorney is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

DENIED.